UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

KEVIN WHITE,

                                        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER JOHN
DENNIS, POLICE OFFICER MICHAEL DEMONDA,
SERGEANT MOHA KARIMIZADA AND POLICE
OFFICER "JOHN DOES 1-10" FICITIOUS NAMES
INTENDED TO BE ALL POLICE OFFICERS AND
EMPLOYEES OF THE NEW YORK CITY POLICE
DEPARTMENT EACH INDIVIDUALLY AND AS POLICE
OFFICERS OF THE NEW YORK CITY POLICE
DEPARTMENT,

                                        Defendants.
------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15-CV-0270 (PKC) (PK)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
 4/6 , 2016

| | |
|---|---|
| THE LAW OFFICES OF ALEXANDER DUDELSON<br>*Attorneys for Plaintiff*<br>26 Court Street, Suite 2306<br>Brooklyn, New York 11242<br>(718) 855-5100<br><br>By: _____<br>Alexander M. Dudelson, Esq.<br>*Attorney for Plaintiff* | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants City of New York, Dennis, Demonda, and Karimizada*<br>100 Church Street, 3rd Floor<br>New York, New York 10007<br><br>By: _____<br>Beth Hoffman<br>*Senior Counsel* |

SO ORDERED:

_____
HON. PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016

2